FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2013 APR -9  A 11: 07

CLERK'S OFFICE

| | | |
|---|---|---|
| MAKARAND BIDWAI | * | |
| | *. | |
| | * | |
| v. | * | Civil No. – JFM-12-3680 |
| | * | |
| SOLIS L. HILDA, ET AL. | * | |

******

## MEMORANDUM

Presently pending is a motion to dismiss filed by defendants Maryland State Educators'
Association, Prince George's County Educators' Association, and certain John and Jane Doe
defendants. Plaintiff, who is self-represented, has filed an opposition to the motion, and the
moving defendants have filed a reply.

It is apparent that plaintiff has failed to state any claim upon which relief can be granted.
His complaint and amended complaint are rambling and not understandable. Thus, plaintiff has
not even come close to satisfying the pleading requirements imposed upon him by the Supreme
Court's decisions in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*,
129 S.Ct. 1937 (2009). However, in light of plaintiff's *pro se* status, this court has reviewed the
pleadings filed by plaintiff in an effort to determine whether any potential viable claim has been
stated. The court has not been able to discern any such viable claim. Furthermore, any claim
that plaintiff might have (although the court does not know what any such claim might be) would
appear to be barred by limitations.

There are other defendants in the case who have not yet filed a motion to dismiss.
However, because plaintiff has failed to state any claim upon which relief can be granted, the
case will be dismissed in its entirety.

1

Date: 4/9/13

J. Frederick Motz
United States District Judge